IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| UNION UNDERWEAR COMPANY, INC., d/b/a FRUIT OF THE LOOM, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. **1:18-cv-00090-GNS** |
| v. | ) ) | |
| HERITAGE SPORTSWEAR, INC. an Ohio Corporation | ) ) ) | |
| Serve Registered Agent: Jon Hays 102 Reliance Drive Hebron, OH 43025 | ) ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiff, Union Underwear Company, Inc., d/b/a Fruit of the Loom ("Fruit"), for its Complaint against Heritage Sportswear, Inc. ("Heritage") states and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.      Fruit is a Delaware corporation with its principal place of business at One Fruit of the Loom Drive, Bowling Green, Kentucky 42102. Fruit is authorized to transact business in the Commonwealth of Kentucky. Thus, Fruit is a citizen of both Delaware and Kentucky for purposes of diversity jurisdiction.

2.      Heritage is an Ohio corporation with its principal place of business at 102 Reliance Dive, Huron, Ohio 43025. Thus, Heritage is a citizen of Ohio for purposes of diversity jurisdiction.

3.      This is a civil action for breach of contract, amount due on account, and unjust enrichment. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this dispute because the amount in controversy exceeds $75,000.00, exclusive of interests and costs, and the parties are citizens of different states and foreign states.

4.      Pursuant to 28 U.S.C. § 1391, venue is appropriate before this Court as this is the judicial district in which a substantial part of the events giving rise to the claim occurred.

### FACTUAL BACKGROUND

5.      Between or about August 24, 2016 and June 18, 2018, by agreement between Heritage and Fruit, for agreed upon consideration Fruit was to and did provide Heritage with goods, including, without limitation, blank t-shirts for Heritage's use and resale.

5.      With regard to the parties dealings, and without limitation, purchase orders were generated out of Warren County, Kentucky, Heritage representatives attended meetings in Warren County, Kentucky, Heritage's occasional payments were delivered to Warren County, Kentucky, the orders and payments were made pursuant to invoices issued from Warren County, Kentucky, and Heritage, for its benefit, availed itself of goods and services performed in Warren County, Kentucky.

6.      From August 24, 2016 through June 18, 2018, Fruit invested substantial time and expense providing the subject goods and services to Heritage.

7.      Fruit performed these services and delivered such goods for the benefit of Heritage, upon the request of and with the knowledge of Heritage.

8.      Attached as Exhibit A is a copy of Fruit's statement relative to the Heritage account.

9.     As of the filing of the present Complaint, there remains an outstanding balance due Fruit from Heritage for the referenced goods and services in the amount of $2,097,905.19.

10.     Fruit's last demand for payment was delivered to Heritage on or about June 21, 2018. See Exhibit B.

11.     Since Fruit's last demand Heritage has made insufficient payment(s) on the outstanding balance referenced in the demand, and has failed to satisfy in whole or substantial part the entire balance due.

12.     Heritage is entitled to no credits or off-sets against the balance due Fruit.

13.     Heritage is indebted to Fruit for the full amount of the referenced outstanding balance.

## COUNT I – BREACH OF CONTRACT

14.     Fruit incorporates the allegations of paragraphs 1-13 above as if fully set forth herein.

15.     The agreement between Fruit and Heritage is a valid and enforceable contract for goods and services provided by Fruit, for agreed upon consideration, at the request and for the benefit of Heritage.

16.     Heritage has breached the contract by failing to timely and fully pay Fruit for the subject goods delivered and services performed.

17.     Fruit has fully fulfilled its obligations by performing the services and delivering the goods, and is entitled to payment of the referenced outstanding balance due, as well as pre and post judgment interest, and other expenses.

3

## COUNT II – ACTION ON ACCOUNT

18.     Fruit incorporates the allegations of paragraphs 1-17 above as if fully set forth herein.

19.     Fruit performed services for and delivered goods to Heritage for which Fruit has not been paid.

20.     Fruit has submitted invoices to Heritage, as referenced in Exhibit A, and has made demand upon Heritage for payment of the outstanding balance due.

21.     Heritage has failed to pay the outstanding balance due.

22.     Fruit is entitled to payment of the outstanding balance, as well as pre and post judgment interest, and other expenses.

## COUNT III – UNJUST ENRICHMENT

23.     Fruit incorporates the allegations of paragraphs 18-22 above as if fully set forth herein.

24.     By providing goods and services to Heritage as requested, Fruit has conferred a benefit upon Heritage.

25.     Heritage received and appreciated the benefit of the subject goods and services provided and accepted same without reservation.

26.     By Heritage accepting the subject goods and services it requested from Fruit, it is inequitable for Heritage to retain the benefit of such without making full payment to Fruit.

27.     Heritage is required to pay Fruit the outstanding balance due.

28.     Fruit is entitled to judgment against Heritage in the amount of $2,097,905.19, as well as pre and post judgment interest, and other expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Union Underwear Company Inc., d/b/a Fruit of the Loom, respectfully requests that this Court enter judgment in its favor and against Defendant Heritage Sportswear, Inc., and grant the following relief:

1.     Judgment in favor of Fruit on all counts in the total amount of $2,221,787.42, plus pre and post judgment interest at the statutory rate, plus all costs and expenses Fruit has incurred, including reasonable attorneys' fees;

2.     A jury trial; and

3.     All further relief to which Fruit may be entitled.

Dated: July 13, 2018

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
P.O. Box 770
1101 College Street
Bowling Green, KY  42102-0770
(270) 781-6500
(270) 782-7782 (facsimile)
mvitale@elpolaw.com

/s/Michael S. Vitale_____
MICHAEL S. VITALE
ATTORNEYS FOR PLAINTIFF

2746233